UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| CONRAD PEROVICH, | ) | Civil No. 09-5060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE AND** |
| CUNA MUTUAL GROUP and | ) | **WITHOUT COSTS** |
| CUNA MUTUAL INSURANCE | ) | |
| SOCIETY, | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys, that the above-entitled action has been settled and may be dismissed on its merits, with prejudice and without costs to either party. The parties have also stipulated that the District Court should retain jurisdiction should a dispute arise as to confidentiality provisions of the settlement; consequently the parties, through their respective counsel, ask the Court to incorporate such a reservation of jurisdiction in its Order of Dismissal.

Dated this **13** day of July, 2010.

ABOUREZK LAW FIRM, PC

By: _____
Michael Abourezk
Attorneys for Plaintiff
PO Box 9460
Rapid City, SD 57709-9460

Dated this **13** day of July, 2010.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Thomas G. Fritz
Attorneys for Defendants
PO Box 8250
Rapid City, SD 57709-8250
605-342-2592