UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| CONRAD PEROVICH, | ) | CIV. 09-5060-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| CUNA MUTUAL GROUP and | ) | |
| CUNA MUTUAL INSURANCE | ) | |
| SOCIETY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 30), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs to either party.

IT IS FURTHER ORDERED that this court will retain jurisdiction with regard to any issues which might arise involving the settlement agreement and release and including its confidentiality provisions.

Dated July 20, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE